FILED

05/18/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0454

## IN THE SUPREME COURT OF THE STATE OF MONTANA
### Supreme Court Cause No. DA 22-0454

| | |
|---|---|
| IN RE THE MARRIAGE OF:<br><br>ROBERT J. BURNS,<br><br>    Petitioner/Appellant,<br><br>and<br><br>LEE MALDEREY BURNS,<br><br>    Respondent/Appellee. | **ORDER GRANTING EXTENSION OF TIME** |

Upon consideration of Appellant's Motion for Extension of Time to File Opening Brief and Affidavit in Support, and for good cause appearing therefore,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including June 19, 2023, within which to file his Opening Brief.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
May 18 2023